UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
AUG 2 2 2014
PER _____
DEPUTY CLERK

I-KIEM SMITH,

    Plaintiff,

v.

LT. PRICE, et al.,

    Defendants.

Civil Action No. 3:11-CV-1581

(Judge Kosik)

## ORDER

AND NOW, THIS 22nd DAY OF AUGUST, 2014, IT IS HEREBY ORDERED THAT:

[1] The Report and Recommendation of Magistrate Judge Martin C. Carlson dated June 25, 2014 (Doc. 117), is **ADOPTED**;

[2] Plaintiff's Eighth Amendment claim of deliberate indifference to a serious medical need against John Doe, the unidentified physician assistant, is **DISMISSED** without prejudice;

[3] Remaining Defendants' Motion for Summary Judgment (Doc. 97) is **GRANTED**;

[4] Judgment is hereby entered in favor of the remaining Defendants and against the Plaintiff; and

[5] The Clerk of Court is further directed to **CLOSE** this case and to **FORWARD** a copy of this Memorandum and Order to the Magistrate Judge.

_____
Edwin M. Kosik
United States District Judge